AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 02 - 2026
John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>**SHAMELL TATE**<br><br><br><br>**Defendant.** | Case No. **3:26-MJ-227 (ML)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 24, 2026 in the county of Broome in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| **Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)** | **Distribution of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance** |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT**

☒ Continued on the attached sheet.

Nicholas Marti
*Complainant's signature*

**Nicholas Marti, Special Agent, FBI**
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 2, 2026

Miroslav Lovric
*Judge's signature*

City and State: **Binghamton, New York**

**Hon. Miroslav Lovric, U.S. Magistrate Judge**
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Nicholas Marti, being first duly sworn, hereby deposes and states as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately six years and ten months. I am currently assigned to the Albany Field Office, Syracuse Resident Agency. As part of my duties, I investigate crimes including, but not limited to, robberies, controlled substances, computer-related crime, fraud, public corruption, offenses involving weapons of mass destruction, domestic terrorism, crimes against children, and national security matters. I received training on the proper investigative techniques for these violations, including the application and execution of arrest and search warrants. I have conducted and assisted in criminal investigations and have been involved in the execution of multiple search warrants and arrest warrants. Prior to working as an FBI Special Agent, I was a United States Marine Corps Reservist and a nuclear security officer.

2. I submit this affidavit in support of a criminal complaint and arrest warrant charging defendant SHAMELL D. **TATE** (hereinafter "**TATE**"). This affidavit sets forth facts and evidence demonstrating there is probable cause to believe **TATE** has committed a violation of federal law, that is: distribution of a controlled substance, which violation involves 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

3. I base this affidavit on my personal participation in the investigation, my conversations with New York State Police Violent Gang and Narcotics Enforcement Team (hereinafter NYSP VGNET), agents, officers and investigators of state and local law enforcement agencies, and my conversations with and review of past and present reports made by other agents, officers, and investigators. I am familiar with the facts and circumstances of this investigation, as well as the subject of the investigation. My experience in the investigation of narcotics crimes, as

well as my participation in the instant investigation, and conversations with other law enforcement officers, will serve as the basis for any opinions or conclusions set forth below. Since this affidavit is being submitted for the limited purpose of providing probable cause to support a criminal complaint against SHAMELL D. **TATE**, I have not included each and every fact known to me concerning this investigation. I set forth only the facts which I believe are necessary to establish probable cause for the complaint.

## PROBABLE CAUSE

4. Over the past several months, FBI and NYSP VGNET have been investigating SHAMALL **TATE** and others who are believed to be trafficking large amounts of methamphetamine and other controlled substances in the Northern District of New York. A NYSP officer acting in an undercover capacity (hereinafter referred to as UC#1) has developed further information which corroborates **TATE** is involved in drug trafficking.

5. On September 24, 2026, UC#1 conducted a controlled purchase of methamphetamine from **TATE**. UC#1 contacted JERMAINE D. **COOPER**[1] by telephone. **COOPER** told UC#1 that he was home and, "his son," would be meeting with UC#1 to conduct the narcotics exchange. UC#1 agreed to meet at the pre-arranged location in the Village of Endicott, New York. The controlled purchase was audio recorded. UC#1 was under surveillance by NYSP VGNET.

6. At approximately 9:51 p.m., UC#1 arrived at the agreed-upon location. UC#1 contacted **COOPER** by telephone and was informed, in substance, that the drugs would be delivered shortly. A few minutes later, **TATE** approached UC#1's vehicle. **TATE** entered the passenger's side of UC#1's vehicle and gave UC#1 a pre-packaged amount of narcotics in a black bag. UC#1 gave **TATE** U.S. Currency. **TATE** then exited UC#1's vehicle and left the area. .

---

[1] I am also seeking to charge Jermaine Cooper today in a separate complaint.

**7.** UC#1, while under surveillance of NYSP VGNET, drove to a predetermined location and transferred custody of the suspected narcotics located in the black bag. NYSP VGNET conducted a field test of the suspected narcotics. One of the bags contained a substance that weighed approximately 249.5 grams and, utilizing the TruNarc, tested positive for methamphetamine. The other bag contained a substance that weighed approximately 14.7 grams and, utilizing the TruNarc, tested inconclusive but is suspected to be fentanyl.

## CONCLUSION

8. In light of the foregoing, I respectfully submit that there is probable cause to believe that on September 24, 2026, **TATE** distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B). I respectfully request that the Court authorize the filing of this complaint and the issuing of an arrest warrant so that the defendant may be charged and brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE AFFIANT

Nicholas Marti

Nicholas Marti, Special Agent
Federal Bureau of Investigation

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure

Miroslav Lovric

Hon. Miroslav Lovric
U.S. Magistrate Judge